IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TRAVIS SWENBY and
MICHELLE SWENBY,

      Plaintiffs,

v.

DUNN COUNTY SHERIFF DEPT. and
BOYCEVILLE POLICE DEPT.,

      Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-349-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiffs' failure to prosecute.

By: *[signature]*, Deputy Clerk
Peter Oppeneer, Clerk of Court

7-3-2013
Date